UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Perry,<br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ADA Mark Anthony Monaco,<br>DA Alvin Bragg,<br>Hon. Ruth Pickholz,<br>ADA Lisa DelPizzo,<br>ADA Stuart Silberg,<br>ADA Erin Tierney,<br>ADA Shira Arnow,<br>ADA Alexandra Wynne,<br>ADA Hannah Perlman,<br>Officer Thomas Mullins,<br>Officer Donya Bardliving,<br>Jorge Dopico,<br>Raymond Vallejo,<br>　　　　　　　　　Defendants. | Index No. <u>24CV8736</u><br><br>**SEALED DOCUMENT** |

## NOTICE OF FILING UNDER SEAL

Plaintiff, *pro se*, William Perry, hereby submits the following document under **seal** pursuant to Letter Motion, dated March 30, 2025:

1. **Order to Show Cause for Temporary Restraining Order and Emergency Injunctive Relief;**
2. **Verified Complaint for Temporary Restraining Order and Emergency Injunctive Relief, dated March 30, 2025; and**
3. **Exhibits to Verified Complaint.**

Each sealed document, filed contemporaneously herewith, is being submitted to the Court and is not available for public viewing unless otherwise ordered by the Court.

Dated:　New York, New York
　　　　March 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Perry
　　　　　　　　　　　　　　　　　　　　　　　　　　William Perry
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff, *pro se*
　　　　　　　　　　　　　　　　　　　　　　　　　　210 East 36th Street
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　　　　954-802-1334
　　　　　　　　　　　　　　　　　　　　　　　　　　wdperry@gmail.com