UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM PERRY,

                Plaintiff,

-against-

ADA MARK ANTHONY MONACO; DA ALVIN BRAGG; ADA LISA DEL PIZO; ADA STUART SILBERG; ADA ERIN TIERNEY; ADA SHIRA ARNOW; ADA ALEXANDRA WYNNE; OFFICER THOMAS MULLINS; OFFICER DONYA BARDLIVING, HANNAH PERLMAN, CITY OF NEW YORK

                Defendants.

24-cv-8736 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2025

LEWIS J. LIMAN, United States District Judge:

    Plaintiff's sealing requests are denied. The Clerk of Court is respectfully directed to unseal Dkt. Nos. 25–26, 39.

SO ORDERED.

Dated:   April 18, 2025
           New York, New York

                                          LEWIS J. LIMAN
                                  United States District Judge