```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
WILLIAM PERRY.,                                                    :
                                                                   :
                          Plaintiff,                               :
                                                                   :      24-cv-8736 (LJL)
         -v-                                                       :
                                                                   :           ORDER
MARK ANTHONY MONACO, et al.,                                       :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2025

LEWIS J. LIMAN, United States District Judge:

On June 30, 2025, the Court denied Plaintiff's request for a temporary restraining order enjoining Manhattan District Attorney Alvin Bragg, Jr. from censoring public advocacy and criticism of the Bragg "Administration" on social media platforms. Dkt. No. 74. The Court noted that Plaintiff has several other outstanding TRO applications, which the Court did not address in its Memorandum and Order. *Id.* at 4.

Plaintiff's outstanding applications for injunctive relief concern the same generally the same events as each other and seek overlapping relief. Dkt. Nos. 26, 28, 62–63, 67. Plaintiff has also continued to submit documents in support of his outstanding applications. Dkt. Nos. 39, 54, 56, 64–66, 69, 72–73.

To facilitate the Court's review of Plaintiff's requests, Plaintiff is directed to submit a single application stating what injunctive relief he seeks and setting forth the basis for that relief. Plaintiff shall file that application no later than July 15, 2025. Defendants shall respond to Plaintiff's application no later than July 29, 2025. Plaintiff may submit a reply in support of his application no later than August 5, 2025. The Court will not consider Plaintiffs' prior filings.

The Clerk of Court is respectfully directed to close Dkt. Nos. 26, 28, 62–63, 67, and 72.

SO ORDERED.

Dated: June 30, 2025  
      New York, New York

                                             LEWIS J. LIMAN  
                                        United States District Judge