July 15, 2025
New York, NY

Hon. Lewis J. Liman, District Judge
Southern District of New York, United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE:    Request for Extension to File Motion for Reconsideration,
              Index No. 24CV8736_Perry v. Monaco et al.

Dear Hon. Justice Liman:

I write respectfully to request a brief extension of time to file a motion for reconsideration of the Court's June 30, 2025 Opinion and Order (Dkt. 74) denying Plaintiff's application for a temporary restraining order.

Under Local Civil Rule 6.3, such a motion is ordinarily due within 14 days, i.e., by July 15, 2025. Due to the complexity of the record, the need to carefully identify the specific factual clarification and supporting exhibits at issue, and competing obligations related to ongoing filings in this matter, Plaintiff respectfully requests a **14-day extension**, through and including **July 29, 2025**, to file the motion.

This is Plaintiff's first request for an extension of this deadline. In accordance with Your Honor's Individual Practices, Plaintiff sought the consent of opposing counsel via email on the morning of July 14, 2025; however, no response has been received as of the time of this filing.

No party would be prejudiced by the requested extension, and the request is made in good faith to ensure that the Court is presented with a clear and complete record on reconsideration.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*[signature]*
William Perry
Plaintiff, *pro se*
210 East 36th Street
New York, NY 10016
wdperry@gmail.com | 954-802-1334

The request is granted.

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

July 18, 2025

cc:    Jonathan Hutchinson
       *Senior Counsel*
       Special Federal Litigation Division

1