```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WILLIAM PERRY,                                                     :
:
                   Plaintiff,                                    :
:    24-cv-8736 (LJL)
   -v-                                                           :
:         ORDER
:
MARK ANTHONY MONACO et al.,                                        :
:
                 Defendants.                                   :
X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Plaintiff requests an extension of time to seek reconsideration of the Court's June 30, 2025 order denying his request for a TRO. Dkt. Nos. 74, 88. Motions for reconsideration must be filed within fourteen days of the date of entry of the order sought to be reconsidered. S.D.N.Y. Local Civil Rule 6.3. Plaintiff has shown no good cause for the extension. The motion is denied.

      SO ORDERED.

Dated: July 30, 2025
       New York, New York
                                             LEWIS J. LIMAN
                                           United States District Judge