UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WILLIAM PERRY,

              Plaintiff,

   -v-

MARK ANTHONY MONACO et al.,

              Defendants.

-------------------------------------------------------------------X

24-cv-8736 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    A hearing on Plaintiff's pending motion to amend, *see* Dkt. No. 95, is scheduled for October 22, 2025, at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 6, 2025
       New York, New York

                                       LEWIS J. LIMAN
                                       United States District Judge