```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIAM PERRY,

           Plaintiff,

    -v-

MARK ANTHONY MONACO, et al.,

           Defendants.
-------------------------------------------------------------------X

24-cv-8736 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court held a hearing yesterday, October 22, 2025, on Plaintiff's Rule 15 motion to amend the operative complaint. *See* Dkt. No. 95. As indicated on the record at the conference, Plaintiff shall have until November 5, 2025, to file a new motion to amend the complaint along with a proposed revised Second Amended Complaint. Defendants' opposition to the motion to amend is due November 19, 2025. Plaintiff's reply in further support of his motion is due November 26, 2025.

    Plaintiff's pending motion to amend the complaint is DENIED as moot.

    The Clerk of Court is respectfully directed to close Dkt. No. 95.

    SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge