```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WILLIAM PERRY, et al.,                                                 :
                                                                       :
                              Plaintiffs,                              :
                                                                       :         24-cv-8736 (LJL)
        -v-                                                            :
                                                                       :             ORDER
MARK ANTHONY MONACO, et al.,                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a conference today, January 30, 2026, on the motion of Plaintiff William Perry ("Plaintiff") for a temporary restraining order. Dkt. No. 132. At the hearing, Plaintiff explained that he seeks emergency relief preventing a civil contempt order issued by the New York County Family Court from going into effect. Plaintiff indicates that the contempt order requires him to report for weekend incarceration absent payment of $10,000.

As indicated on the record, the motion is denied for substantially the same reasons provided in the Court's Memorandum and Order dated September 23, 2025, which rejected a similar emergency request filed by Plaintiff. *See* Dkt. No. 110. Plaintiff seeks relief from an order issued in Family Court, but even assuming those proceedings form a valid part of this case—an issue which the Court has not yet decided, and which it does not now decide—civil contempt orders fall squarely within the *Younger* abstention doctrine as recognized by the Second Circuit and the U.S. Supreme Court. *See Gristina v. Merchan*, 131 F.4th 82, 87 (2d Cir. 2025); *Juidice v. Vail*, 430 U.S. 327, 97 (1977). Furthermore, Plaintiff has failed to carry his burden of establishing an exception to the *Younger* doctrine either in the form of bad faith or the

unavailability of state-court remedies. To the contrary, Plaintiff has filed an appeal in the Appellate Division, First Department challenging the contempt order, and he has not demonstrated that the "the State's laws, procedures, or practices would prevent his effective interposition of his federal contentions." *Kirschner v. Klemons*, 225 F.3d 227, 235 (2d Cir. 2000). Plaintiff is therefore unlikely to succeed on the merits of his claim.

As further indicated on the record at the hearing, given the numerous emergency applications Plaintiff has filed during the pendency of this case, it is hereby ORDERED that if Plaintiff wishes to file any new emergency application in the future, it must be no longer than two pages in length and may not include exhibits. The application should concisely state the relief requested, the basis for that relief, and the facts supporting it. The application may seek leave to file additional pages and supporting materials. The Court retains the right to disregard any filing for emergency relief that, in the absence of leave of Court, is in excess of two pages.

The motion for a TRO is DENIED. The Clerk of Court is respectfully directed to close Dkt. No. 132.

SO ORDERED.

Dated: January 30, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge