November 9, 2026

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Perry v. Monaco et al.*, No. 24-CV-8736 (LJL);**
**Second and Final Request to Extend Time to Respond to Order to Show Cause**

Dear Judge Liman:

I am the Plaintiff, proceeding pro se. I respectfully request a second and final extension of time, from November 12, 2026, through November 30, 2026, to respond to the Court's October 8, 2026 Order to Show Cause (Dkt. 163).

The original response deadline was October 29, 2026. By Order dated October 26, 2026 (Dkt. 169), the Court granted my first request in part, extending the response deadline to November 12, 2026, while denying my request to hold the show-cause proceedings in abeyance pending determination of my anticipated motion for reconsideration.

I have been focused on preparing my motion for reconsideration of the Court's September 30, 2026 Opinion and Order, which is also due November 12, 2026 (Dkt. 168). That work has required substantial review of the operative pleading, the underlying record, and the grounds addressed in the Court's decision. The Order to Show Cause concerns overlapping issues as applied to the remaining defendants and claims. The requested extension would allow me to complete the reconsideration submission and then devote the necessary attention to a focused response addressing the specific grounds identified in the Order to Show Cause.

Given the tight timing of this application, I did not consult Defendants' counsel, Jonathan Hutchinson, regarding this request. Mr. Hutchinson took no position on my prior request concerning the Order to Show Cause.

Thank you for the Court's consideration.

Respectfully submitted,

William Perry
Plaintiff, pro se

cc: Jonathan Hutchinson, counsel for Defendants

Plaintiff's extension request is GRANTED. Plaintiff shall respond to the Court's October 8, 2026 Order to Show Cause by no later than November 30, 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 11, 2026